IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| AMERICAN SECURITIES ASSOCIATION,<br><br>PLAINTIFF,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR; MARTY WALSH, in his official capacity as the Secretary of Labor,<br><br>DEFENDANTS. | CIVIL ACTION NO. 8:22-cv-00330 |

## MOTION FOR ADMISSION PRO HAC VICE
## AND WRITTEN DESIGNATION AND CONSENT TO ACT

Pursuant to Local Rule 2.01(c), Plaintiff American Securities Association moves this Court for an order allowing Mr. J. Michael Connolly of Consovoy McCarthy PLLC to appear *pro hac vice* in the above-styled lawsuit. In support of this motion, Plaintiff states as follows:

1. Mr. Connolly has been retained to represent Plaintiff American Securities Association as counsel in all proceedings conducted in this action.

2. Mr. Connolly is not admitted to practice in the United States District Court for the Middle District of Florida.

3. Mr. Connolly is not a Florida resident and is not a member in

good standing of The Florida Bar.

4. Mr. Connolly is a member in good standing and admitted to practice in: the State Bar of Virginia; the District of Columbia Bar; the District of Columbia Court of Appeals; the United States District Court for the District of Columbia; the United States District Court for the Eastern District of Virginia; the United States District Court for the Eastern District of Michigan; the United States District Court for the District of Connecticut; the United States District Court for the Central District of Illinois; the United States District Court for the Western District of Texas; the United States Court of Appeals for the First Circuit; the United States Court of Appeals for the Second Circuit; the United States Court of Appeals for the Fourth Circuit; the United States Court of Appeals for the Fifth Circuit; the United States Court of Appeals for the Sixth Circuit; the United States Court of Appeals for the Seventh Circuit; the United States Court of Appeals for the Ninth Circuit; the United States Court of Appeals for the Tenth Circuit; the United States Court of Appeals for the Eleventh Circuit; the United States Court of Appeals for the District of Columbia Circuit; and the Supreme Court of the United States.

5. Mr. Connolly does not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

6. Mr. Connolly has appeared in one case in state court in Florida in the last thirty-six months: *ODC Construction, LLC v. Broome Capital, LLC, et al.*, No. 2019-CA-003217-O (Fla. 9th Jud. Cir., Orange County). Mr. Connolly has also appeared in one case in federal court in Florida in the last thirty-six months: *Speech First, Inc. v. Cartwright*, No. 6:21-cv-00313 (M.D. Fla).

7. Mr. Connolly designates Daniel Shapiro of Consovoy McCarthy PLLC as the lawyer upon whom all notices and papers in this case may be served, and who has entered his notice of appearance in this action and agrees to be responsible for the progress of this case, including the trial in default of the non-resident attorneys.

8. Through his signature below, Mr. Shapiro consents to such designation.

9. Pursuant to Local Rule 2.01(c), Mr. Shapiro certifies that Mr. Connolly has complied with the fee requirements of Local Rule 2.01(b) and will complete e-filing registration in accordance with Rule 2.01(b) and e-mail registration requirements of Local Rule 2.01(b).

WHEREFORE, Plaintiff, American Securities Association, respectfully requests this Court enter an order admitting J. Michael Connolly before this Court *pro hac vice* for all purposes relating to this matter.

/s/ Daniel Shapiro
Daniel Shapiro

*Counsel for Plaintiff American Securities Association*

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for Plaintiff American Securities Association certifies that Plaintiff was unable to confer with Defendants regarding this motion because counsel for Defendants has not yet entered an appearance.

## CERTIFICATE OF SERVICE

I certify that on February 15, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants.

/s/ Daniel Shapiro
Daniel Shapiro

*Counsel for Plaintiff American Securities Association*