**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| AMERICAN SECURITIES ASSOCIATION, <br><br> PLAINTIFF, <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR; MARTY WALSH, in his official capacity as the Secretary of Labor, <br><br> DEFENDANTS. | CIVIL ACTION NO. 8:22-cv-00330 |

**MOTION FOR ADMISSION PRO HAC VICE**
**AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Pursuant to Local Rule 2.01(c), Plaintiff American Securities Association moves this Court for an order allowing Mr. J. Michael Connolly of Consovoy McCarthy PLLC to appear *pro hac vice* in the above-styled lawsuit. In support of this motion, Plaintiff states as follows:

1.     Mr. Connolly has been retained to represent Plaintiff American Securities Association as counsel in all proceedings conducted in this action.

2.     Mr. Connolly is not admitted to practice in the United States District Court for the Middle District of Florida.

3.     Mr. Connolly is not a Florida resident and is not a member in

good standing of The Florida Bar.

4.      Mr. Connolly is a resident of Virginia. His business address is at 1600 Wilson Blvd., Arlington, Virginia, 22209. He received his undergraduate degree from the University of Kansas and his law degree from New York University.

5.      Mr. Connolly is a member in good standing and admitted to practice in: the State Bar of Virginia; the District of Columbia Bar; the District of Columbia Court of Appeals; the United States District Court for the District of Columbia; the United States District Court for the Eastern District of Virginia; the United States District Court for the Eastern District of Michigan; the United States District Court for the District of Connecticut; the United States District Court for the Central District of Illinois; the United States District Court for the Western District of Texas; the United States Court of Appeals for the First Circuit; the United States Court of Appeals for the Second Circuit; the United States Court of Appeals for the Fourth Circuit; the United States Court of Appeals for the Fifth Circuit; the United States Court of Appeals for the Sixth Circuit; the United States Court of Appeals for the Seventh Circuit; the United States Court of Appeals for the Ninth Circuit; the United States Court of Appeals for the Tenth Circuit; the United States Court of Appeals for the Eleventh Circuit; the United States Court of Appeals for the District of Columbia Circuit; and the Supreme Court of the

United States.

6.      Mr. Connolly does not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

7.      Mr. Connolly has appeared in one case in state court in Florida in the last thirty-six months: *ODC Construction, LLC v. Broome Capital, LLC, et al.*, No. 2019-CA-003217-O (Fla. 9th Jud. Cir., Orange County). Mr. Connolly has also appeared in one case in federal court in Florida in the last thirty-six months: *Speech First, Inc. v. Cartwright*, No. 6:21-cv-00313 (M.D. Fla).

8.      Mr. Connolly is familiar with the requirements of 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

9.      Mr. Connolly will comply with the federal rules and this Court's local rules.

10.      Mr. Connolly affirms the oath of admission, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself

uprightly and according to the law and the recognized standards of ethics of the legal profession.

11.     Mr. Connolly designates Daniel Shapiro of Consovoy McCarthy PLLC as the lawyer upon whom all notices and papers in this case may be served, and who has entered his notice of appearance in this action and agrees to be responsible for the progress of this case, including the trial in default of the non-resident attorneys.

12.     Through his signature below, Mr. Shapiro consents to such designation.

13.     Pursuant to Local Rule 2.01(c), Mr. Shapiro certifies that Mr. Connolly has complied with the fee requirements of Local Rule 2.01(b) and will complete e-filing registration in accordance with Rule 2.01(b) and e-mail registration requirements of Local Rule 2.01(b).

WHEREFORE, Plaintiff, American Securities Association, respectfully requests this Court enter an order admitting J. Michael Connolly before this Court *pro hac vice* for all purposes relating to this matter.

/s/ Daniel Shapiro
Daniel Shapiro

*Counsel for Plaintiff American Securities Association*

4

**LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), counsel for Plaintiff American Securities Association certifies that Plaintiff was unable to confer with Defendants regarding this motion because counsel for Defendants has not yet entered an appearance.

**CERTIFICATE OF SERVICE**

I certify that on February 25, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants.

Because the Defendant has not yet entered an appearance, I am also serving the foregoing by certified mail, return receipt requested, at the addresses below:

U.S. Department of Labor
Office of the Solicitor of Labor
Attn: Office of Legal Counsel
200 Constitution Avenue, N.W., Room S-2002
Washington, DC 20210

Secretary Marty Walsh
U.S. Department of Labor
200 Constitution Avenue NW
Washington, D.C. 20210

U.S. Attorney's Office for the Middle District of Florida
Attn: Civil-Process Clerk
400 N. Tampa Street, Suite 3200
Tampa, FL 33602

Hon. Merrick Garland
United States Attorney General
950 Constitution Avenue NW
Washington, D.C. 20210

<u>/s/ Daniel Shapiro</u>
Daniel Shapiro

*Counsel for Plaintiff American
Securities Association*