# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| AMERICAN SECURITIES ASSOCIATION,<br><br>PLAINTIFF,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR; MARTY WALSH, in his official capacity as the Secretary of Labor,<br><br>DEFENDANTS. | CIVIL ACTION NO. 8:22-cv-00330 |

## NOTICE OF LEAD COUNSEL DESIGNATION

Pursuant to Local Rule 2.02(a), Plaintiff American Securities Association designates J. Michael Connolly of Consovoy McCarthy PLLC to serve as Lead Counsel for Plaintiff in this matter.

Dated: March 17, 2022.

/s/ J. Michael Connolly
J. Michael Connolly (pro hac vice)
Daniel Shapiro (FL Bar # 1011108)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com
daniel@consovoymccarthy.com

## CERTIFICATE OF SERVICE

I certify that on March 17, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants. In addition, I emailed the foregoing to Alexander Ely at Alexander.N.Ely@usdoj.gov and to Galen Thorp at galen.thorp@usdoj.gov.

/s/ J. Michael Connolly
J. Michael Connolly

*Counsel for Plaintiff American Securities Association*