IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| AMERICAN SECURITIES ASSOCIATION,<br><br>PLAINTIFF,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR; MARTY WALSH, in his official capacity as the Secretary of Labor,<br><br>DEFENDANTS. | **RULE 3.03 STATEMENT**<br><br>CIVIL ACTION NO. 8:22-cv-00330 |

Plaintiff, American Securities Association, hereby discloses the following pursuant to Local Rule 3.03.

1. Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome of this case:

  a) Consovoy McCarthy PLLC, including Daniel Shapiro, J. Michael Connolly, and Steven Begakis.

  b) American Securities Association, including its members.

  c) U.S. Department of Labor and its counsel.

  d) Marty Walsh, in his official capacity as the Secretary of Labor, and his counsel.

2. Each entity with publicly traded shares or debt potentially affected by the outcome of the proceedings:

None.

3. Each additional entity likely to actively participate in the proceedings:

None.

4. Each person arguably eligible for restitution:

None.

5. I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted,

Dated: March 17, 2022            /s/ J. Michael Connolly

J. Michael Connolly (pro hac vice)
Daniel Shapiro (FL Bar # 1011108)
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com
daniel@consovoymccarthy.com

## CERTIFICATE OF SERVICE

I certify that on March 17, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants. In addition, I emailed the foregoing to Alexander Ely at Alexander.N.Ely@usdoj.gov and to Galen Thorp at galen.thorp@usdoj.gov.

/s/ J. Michael Connolly
J. Michael Connolly

*Counsel for Plaintiff American Securities Association*