# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| AMERICAN SECURITIES ASSOCIATION,<br><br>      Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR; MARTY WALSH, in his official capacity as the Secretary of Labor,<br><br>      Defendants. | Civil Action No. 8:22-cv-00330 |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 2.02 I, Daniel Shapiro, counsel for the American Securities Association, hereby move to withdraw as counsel because I am leaving my current firm to pursue a clerkship. I hereby certify that I have consulted with the Plaintiff who has consented to my immediate withdrawal.

                Respectfully submitted,

                /s/ Daniel Shapiro

                Daniel Shapiro

                *Counsel for Plaintiff American Securities Association*

## CERTIFICATE OF SERVICE

I certify that on June 13, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants.

/s/ Daniel Shapiro
Daniel Shapiro

*Counsel for Plaintiff American Securities Association*

## LOCAL RULE 3.01(G) CERTIFICATION

I, Daniel Shapiro, certify that on June 13, 2022, I conferred with counsel for Defendants through electronic mail. Defendants indicated that they do not oppose this motion.

/s/ Daniel Shapiro
Daniel Shapiro

*Counsel for Plaintiff American Securities Association*
