IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| AMERICAN SECURITIES ASSOCIATION,<br><br>               Plaintiff,<br><br>   v.<br><br>MARTIN J. WALSH, Secretary of Labor, and UNITED STATES DEPARTMENT OF LABOR,<br><br>               Defendants. | Civil Action No. 8:22-cv-00330-VMC |

**JOINT MOTION FOR GOVERNMENT TO FILE OVERSIZE BRIEF AND FOR ENLARGMENT OF PAGE LIMITS FOR PLAINTIFF'S REPLY**

Pursuant to Local Rule 3.01(a), this Court's Case Management and Scheduling Order, *see* ECF No. 34, and the Order on Motions for Summary Judgment, *see* ECF No. 36, the parties request that Defendants be permitted to file an oversize brief in support of their Motion to Dismiss for Lack of Jurisdiction or, in the alternative, for Summary Judgment, and Opposition to Plaintiff's Motion for Summary Judgment, *nunc pro tunc*. The parties also request that the Plaintiff be given an enlargement of the page limits for its combined opposition/reply (up to 30 pages). In support thereof, the parties state as follows:

1. On June 24, 2022, Defendants filed their Opposition/Cross-Motion Brief in connection with the summary judgment briefing schedule entered by the court. *See* ECF No. 46.

1

2. However, it has come to Defendants' counsel's attention that, pursuant to the font and page requirements of Local Rule 1.08(b), Defendants' opening brief exceeds the page limit requirements as spelled out in this court's Case Management Order. While the brief was 35 pages, Defendants' counsel inadvertently used Times New Roman 12-point font for text, and 11-point font for footnotes. While Defendants' counsel had reviewed the motions section of this Court's Local Rules, he had missed the section requiring 14-point font for text and 12-point font for footnotes when using Times New Roman. The practical result of this error was a brief that was overlength.

3. In the interests of efficiency and given the complexity of the issues in the case, the parties propose that the Defendants' oversized brief be allowed as-is and that Plaintiff be given an enlargement of pages (up to 30 pages) for its combined opposition/reply brief. Defendants would then be allotted 20 pages for their Reply Brief as originally contemplated by the court's order, *see* ECF No. 34, and Defendants will file their Reply Brief in strict accordance with Local Rule 1.08(b).

4. Defendants request that their already-filed brief be treated as their operative motion and brief, notwithstanding the use of the wrong type-sized font. However, should the court order, Defendants will re-file the brief on the docket with the appropriate type-size font.

Dated: June 27, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

*s/ Alexander N. Ely*
GALEN N. THORP
Senior Trial Counsel
ALEXANDER N. ELY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Washington, DC 20005
Tel: (202) 993-5177; Fax: (202) 616-8470
alexander.n.ely@usdoj.gov

*Counsel for Defendants*

 */s/  J. Michael Connolly*
J. Michael Connolly
(*pro hac vice*)
Steven C. Begakis
(*pro hac vice*)
Consovoy McCarthy PLLC
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com
steven@consovoymccarthy.com

*Counsel for Plaintiff American Securities Association*

## **CERTIFICATE OF SERVICE**

I certify that on June 27, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants.

<u>/s/ Alexander N. Ely</u>
Alexander N. Ely

*Counsel for Defendants Department of Labor and Martin J. Walsh*