UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMERICAN SECURITIES
ASSOCIATION,

       Plaintiff,

v.

U.S. DEPARTMENT OF LABOR,
MARTY WALSHA, in his official
Capacity as the Secretary of Labor,

       Defendant.

_____/

Case No. 8:22-cv-330-VMC-CPT

## **MEDIATION REPORT**

In accordance with the parties' Notice of Mediation [DE 37], an in-person Mediation was held on Monday, August 1, 2022, at 9:00 a.m., at the Tampa office of Zinober Diana & Monteverde, P.A. where the parties conducted mediation settlement discussions. Plaintiff, AMERICAN SECURITIES ASSOCIATION, attended with its corporate representative and lead trial counsel. By Court Order [DE 44], Defendant, U.S. DEPARTMENT OF LABOR, attended by and through lead trial counsel.

All parties participated in good faith. The parties reached an IMPASSE at this time.

Done August 1, 2022, in Tampa, Florida.

Respectfully submitted,

/s/ Gregory P. Holder
Gregory P. Holder, Esq., Mediator
Florida Bar No. 339326
607 W. Horatio Street
Tampa, Florida 33606
Telephone: (813) 773-5106
Facsimile: (727) 498-8902
Email: greg@zinoberdiana.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that August 1, 2022, I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

/s/ Gregory P. Holder
Gregory P. Holder, Esq., Mediator